# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| GNEITING, KYLE RICHARD | ) | **CASE NO. 11-41686-JDP** |
| | ) | |
| DEBTOR(S) | ) | **ADVERSARY NO. 13-08064** |
| | ) | |
| R. Sam Hopkins, Trustee | ) | |
| | ) | **JUDGMENT REVOKING DISCHARGE** |
| PLAINTIFF | ) | |
| vs. | ) | |
| | ) | |
| GNEITING, KYLE RICHARD | ) | |
| | ) | |
| DEFENDANT(S) | ) | |

THIS MATTER having come before the Court on Complaint to Revoke Discharge filed by R. Sam Hopkins, Bankruptcy Trustee, for the failure of Defendants/Debtors to obey the Court's order to deliver copies of inheritance proceeds and for good cause shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Order granting Defendant/Debtor a discharge of debts, entered on 04/18/2012 is revoked.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff have Judgment against the Defendant(s) for the inheritance proceeds in the principal sum of $8,327.31, plus Plaintiff's cost incurred in the amount of $293 in filing fees, for a combined total of $8,620.31 with interest thereon at the legal rate for date hereof.

//end of text//

Dated:  April 25, 2014

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge


Submitted by R. Sam Hopkins, Chapter 7 Trustee